**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES    JUN 1 4 2006
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06CR135-WKW |
| | ) | [18 USC 1344] |
| UNDREA MCCALL | ) | |
| | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

On or about the 28th day of May, 2003, in Millbrook, Alabama, within the Middle District

of Alabama, and elsewhere,

## UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to

the Grand Jury, did execute a scheme to defraud the Peoples Bank and Trust, Millbrook Branch, the

deposits of which were then insured by the Federal Deposit Insurance Corporation.  The scheme to

defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued

by Casey Feed, L.L.C., check number 6093, and replicating the account number of the legitimate

check on a blank check obtained from a business supply company by using computer check programs

which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley

as payee, and to alter the identification information and telephone number of the account holder. The

Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for

payment on the victim payee's account. On or about May 28, 2003, the Defendant, aided and abetted

by others, caused William Teasley to fraudulently obtain $6,240.52 from Peoples Bank and Trust,

Millbrook, Alabama.  All done in violation of Title 18, United States Code, Section 1344.

## COUNT 2

On or about the 28th day of May, 2003, in Tallasee, Alabama, within the Middle District of Alabama, and elsewhere,

### UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the Peoples Bank and Trust, Tallasee Branch, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Casey Feed, L.L.C., check number 6094, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about May 28, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $5,634.22 from Peoples Bank and Trust, Tallasee, Alabama. All done in violation of Title 18, United States Code, Section 1344.

## COUNT 3

On or about the 30th day of May, 2003, in Lowndes County, Alabama, within the Middle District of Alabama, and elsewhere,

### UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to the Grand Jury, did attempt to execute a scheme to defraud Bancorp South, Burkeville Branch, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to

defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Ethel Mims, Edward Mims Farm Account, check number 6834, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about May 30, 2003, the Defendant, aided and abetted by others, caused William Teasley to attempt to fraudulently obtain $6,280.22 from Bancorp South, Burkeville Branch. All done in violation of Title 18, United States Code, Section 1344.

COUNT 4

On or about the 28th day of May, 2003, in Ft. Deposit, Alabama, within the Middle District of Alabama, and elsewhere,

UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the Bancorp South, Ft. Deposit Branch, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Taylor Cattle Company, check number 7957, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for

3

payment on the victim payee's account. On or about May 28, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $5,339.46 from Bancorp South, Ft. Deposit Branch. All done in violation of Title 18, United States Code, Section 1344.

COUNT 5

On or about the 8th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud SouthTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by McPhillips, Shinbaum and Gill L.L.P., Attorneys at Law, Trust Account, check number 35303, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 8, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $4,984.97 from SouthTrust Bank. All done in violation of Title 18, United States Code, Section 1344.

COUNT 6

On or about the 1st day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

4

UNDREA MCCALL,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Regions Bank, Prattville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46400, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 1, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Regions Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

## COUNT 7

On or about the 2nd day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

UNDREA MCCALL,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Colonial Bank located in Prattville, Alabama and Birmingham, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46401, and replicating the account number of the legitimate check on a blank check obtained from a business supply

company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 2, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Colonial Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

## COUNT 8

On or about the 3rd day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

### UNDREA MCCALL,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Regions Bank, Prattville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46402, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 3, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Regions Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

6

## COUNT 9

Beginning during April 2003, and extending until August of 2003, in Montgomery County, and elsewhere within the Middle District of Alabama,

### UNDREA MCCALL,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the following financial institutions: Colonial Bank, branches in Greenville, Millbrook, Prattville and Wetumpka, Alabama; and AmSouth Bank, Prattville Branch, by means of false and fraudulent pretenses, representations and promises. The scheme to defraud consisted of the Defendant obtaining legitimate checks issued by various businesses and individuals. He would then replicate the account numbers of the legitimate checks on blank checks which he obtained from business supply companies by using a computer check program. The computer check program allowed the Defendant to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. William Teasley would then present the forged checks for payment on the victims' accounts. The scheme further involved the Defendant replicating stolen checks and then negotiating them at victim financial institutions. The stolen checks were obtained from the following businesses and individuals: Repeat Performance; Capital City Basketball Association and Wilanie Covington. The scheme resulted in the Defendant, aided and abetted by others, fraudulently obtaining approximately $16,847.70. All done in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 10

On or about the 2nd day of December, 2003, in Wetumpka, Alabama and elsewhere within the Middle District of Alabama,

7

UNDREA MCCALL,

defendant herein, knowingly and willfully and aided and abetted by others known and unknown to the Grand Jury, did execute and attempt to execute a scheme to defraud the Wetumpka branch of Regions Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Excel Technologies Corporation and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of Benny King as payee, and caused the telephone number of the account holder to be changed. The Defendant, aided and abetted by others, then had Benny King present the fraudulent check for payment on the account holder's account. The scheme resulted in Benny King attempting to fraudulently obtain approximately $3,857.39, all in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 11

On or about the 1st day of October, 2003, in Prattville, Alabama, within the Middle District of Alabama, and elsewhere,

UNDREA MCCALL,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the AmSouth Bank in Prattville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Louise J. Newell, check number 1948, and replicating the account number on the legitimate check on a blank check obtained from a business supply company by using computer check programs

which allowed the Defendant, aided and abetted by others, to substitute the name of Thomas Spurlock as payee, and caused the telephone number of the account holder to be changed. The Defendant, aided and abetted by others, then had Thomas Spurlock present the fraudulent check for payment on the account holder's account. On or about October 1, 2003, the Defendant, aided and abetted by others, caused Thomas Spurlock to fraudulently attempt to obtain $3,644.48 from AmSouth Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Sections, 2 and 1344.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney