| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                         DATE: June 30, 2006
❒ BOND HEARING
❒ DETENTION HEARING                Digital Recording 3:45 - 4:00
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr135-WKW    **DEFENDANT NAME:** Undrea McCall

**AUSA:** Kent Brunson    **DEFT. ATTY:** Ben Bruner

**Type Counsel:** ( )Retained; ( √ ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest June 30, 2006 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Ben Bruner - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ❒ held; √ set for July 5, 2006 @ 3:30 p.m. (Based on Pretrial Services Report court will detain defendant and set a detention hearing) |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $25,000.00.  Deft released ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial executed.  CRIMINAL TERM: (Decision as to Cr Term is deferred until detention hearing) |

**\*\* Court ask Pretrial Services Officer to further investigate defendant's financial status and report findings to the Court as partial payment of attorney's fees may be ordered**.