| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

❏ INITIAL APPEARANCE  **DATE: July 5, 2006**
❏ BOND HEARING
√ DETENTION HEARING  **Digital Recording 4:00 - 4:43**
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr135-WKW   **DEFENDANT NAME:** Undrea McCall
**AUSA:** Kent Brunson   **DEFT. ATTY:** Ben Bruner
   **Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin/Bernard Ross
**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| ❏ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for  DISCOVERY DISCLOSURE DATE: |
| ❏ | CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

## PROCEEDINGS:

| | |
|---|---|
| 4:00 p.m. | Court convenes. |
| | Government's statements to the court regarding court's motion for detention. |
| 4:01 p.m. | Testimony begins. |
| | Government's direct examination. (Martin) |
| 4:04 p.m. | Court's questions to witness. (Martin) |
| 4:05 p.m. | Defendant invokes witness rule. |
| 4:06 p.m. | Court's further questions to witness and testimony continues. (Martin) |
| 4:13 p.m. | Mr. Bruner's cross examination. (Martin) |
| 4:14 p.m. | Mr. Bruner ask that Pretrial Services Report be made part of this record. Court admits Report as Defendant's Exhibit 1. |
| 4:16 p.m. | Court's further questions to witness. (Martin) |
| 4:17 p.m. | Mr. Bruner's further questions to witness. (Martin) |
| | Government's statements as to sentencing guidelines. |
| 4:18 p.m. | Mr. Bruner's follow up as to Government's statements regarding guideline range. Government's response. |
| 4:19 p.m. | Mr. Bruner ask that copies of report from Northern District of Ohio be made part of record as Defendant's Exhibit 2. Court admits Defendant's Exhibit 2. Record will be held open until copies can be obtained. |
| 4:20 p.m. | Mr. Bruner's further cross examination. (Martin) |
| 4:22 p.m. | Government's direct examination. (Ross) |
| 4:25 p.m. | Court's questions to witness. (Ross) |
| 4:27 p.m. | Mr. Bruner's cross examination. (Ross) |
| 4:28 p.m. | Government rests. |
| 4:29 p.m. | Mr. Bruner's direct examination. (Stevenson) |
| 4:36 p.m. | Government's cross examination. (Stevenson) |
| 4:40 p.m. | Court's questions to witness. (Stevenson) |
| 4:41 p.m. | Defendant rests. |
| 4:42 p.m. | Court will detain defendant. Court will not direct defendant to make any partial payments toward attorney fees. |
| 4:43 p.m. | Court recessed. |