IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA *

VS. * 2:06cr135-WKW

UNDREA McCALL *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Tamara Martin | 1. Tanisha Stevenson |
| 2. Bernard Ross | |