✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

UNDREA MCCALL

**GOVERNMENT'S EXHIBIT LIST**

Case Number:  2:06cr135-WKW

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>KENT BRUNSON | DEFENDANT'S ATTORNEY<br>BEN BRUNER |
|---|---|---|
| TRIAL DATE (S)<br>JULY 5, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/5/06 |  | Yes | Pretrial Services Report |
|  | 2 | 7/5/06 |  | Yes | Faxed Copies of Record of Summit County Clerk of Courts |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT 1 IN SEALED DOCUMENT ENVELOPE  AS DOCUMENT CONTAINS |
|  |  |  |  |  | PERSONAL INFORMATION |
|  |  |  |  |  | EXHIBIT 2 IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.