| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:09 - 3:11 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr135-WKW | **DEFENDANT(S)** Undrea McCall |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * * * | Ben Bruner |

❐ **DISCOVERY STATUS:**
    Complete

❐ **PENDING MOTION STATUS:**

❐ **PLEA STATUS:**
    Government to get proposed plea agreement to Mr. Bruner
    Possible plea
    **Plea notice to be filed on or before noon** October 4, 2006

❐ **TRIAL STATUS**
    Trial - 1 ½ days

❐ **REMARKS:**