IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr135-WKW |
| | ) | |
| UNDREA MCCALL | ) | |

**ORDER**

Upon consideration of defendant's letter to the court received September 14, 2006, and for good cause, it is

ORDERED that defense counsel is DIRECTED to confer with defendant concerning the contents of the letter and to notify the court, in writing, on or before noon on September 19, 2006 as to whether the letter requires any further action. The clerk of court shall attach a copy of the letter to this order.

DONE, this 14th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE