To: Honorable Susan Russ Walker.

My names is Undrea McCall. I'm more than happy that goverment afford me attorney. However I have no way of getting in contact with him I have written several letters to him and made many phone calls and left message. I understand that he probaly has many other cases beside my cases I have been lock up 2 1/2 months and have not recieve a motion of discovery. He has no secretary. I'm not trying to be a problem but I wish the goverment can please afford me another attorney.

Sincerely

Undrea McCall