IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr135-WKW |
| | ) | |
| UNDREA MCCALL | ) | |

**ORDER**

For good cause, it is

ORDERED that defense counsel Ben Bruner show cause in writing on or before close of business on Thursday, September 21, 2006, why he failed to respond as directed to the court's order entered in this case (Doc. # 14) on September 14, 2006.

DONE, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE