IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 2:06 - 135- WKW |
| UNDREA MCCALL | ) | |

RECEIVED
2006 SEP 21  P 2: 02

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE OF 9/20/06

COMES NOW, the undersigned states in response to the court's order to show cause the following:

1. Counsel did not respond to the court's initial order because he did not get a copy of said order.

2. Counsel has checked his computer records as well as his file, his mail at his prior office and his post office box and simply did not receive a copy of that order.

3. In response to that inquiry, counsel does not believe that further action will b necessary regarding this matter.

4. On September 7, 2006 I met with Mr. McCall and the U.S. Postal Inspectors office for a proffer session.

5. Mr. McCall is very anxious to enter a plea in this case, but the United States wanted additional proffers in this matter from Mr. McCall.

6. At the conclusion of the proffer session, the postal inspector agreed to get in touch with Mr. Brunson of the U.S. Attorneys office where a plea agreement would be forthcoming.

7. I contacted Mr. Brunson this morning regarding this matter and he told me h has talked to the postal inspector, but hasn't concluded his calculations for the plea agreement.

8. Assuming a plea agreement is forthcoming as Mr. Brunson promised, the undersigned believes that this case will then plead out as the defendant wishes and the defendant is very frustrated as he wishes to enter his plea as soon as possible.

9. The undersigned, on reviewing his file, has had three meetings at the jail wit the defendant, has written him one letter and has had a number of conversations with the defendant's girlfriend.

10.  The defendant told me today that he was frustrated with the delays in things but understood I could not make the case go faster without a plea agreement when I spoke with him, thus I do not believe any further action on his letter to the court will be necessary.

Respectfully submitted,

_____
Ben E. Bruner (BRU 001)
Attorney for the Defendant
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 20 day of Sept, 2006.

Kent Brunson
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner