| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:22 - 3:24 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr135-WKW        **DEFENDANT(S)** Undrea McCall

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs standing in for Kent Brunson | * | Ben Bruner |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Plea - waiting on plea agreement from USA
   Notice of intent to change plea to be filed on or before noon on October 4, 2006

☐ **TRIAL STATUS**
   Trial time - 1 ½ - 2 days

☐ **REMARKS:**