IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CR-135-WKW |
| | ) |
| UNDREA MCCALL, | ) |

## AMENDMENT TO PRETRIAL CONFERENCE ORDER

Due to a heavy court schedule and the federal holiday on October 9, 2006, it is hereby

ORDERED that the Pretrial Conference Order (Doc. #13) is amended to the extent that the deadline for filing proposed voir dire questions, all motions in limine and proposed jury instructions is **rescheduled** from October 10, 2006 to **Friday, October 6, 2006, by 5:00 p.m.**

Done this the 2nd day of October, 2006.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE