IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 06 135 WKW |
| ) | |
| UNDREA MCCALL ) | |

RECEIVED
2006 OCT 10 A 9: 55
T. P. HACKETT, CLK
DISTRICT COURT
DISTRICT ALA

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned and moves to withdraw as counsel. As grounds therfor, counsel states the following:

1. After insisting to the undersigned that he wished to plead guilty as soon as possible, which was confirmed last week where the notice to change plea was filed, Mr. McCall now informs the undersigned that he wishes new counsel and wants to proceed to trial.

2. Mr. McCall has lost confidence in current counsel and wishes to be appointe new counsel.

WHEREFOR, the undersigned respectfully requests that he be allowed to withdraw as counsel for the defendant in this cause.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for the Defendant
P.O. Box 231419
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463
ben@brunerabogado.com

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was

addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the _10_ day of _October_, 2006.

Kent Brunson, Esq.
P.O. Box 197
Montgomery, Alabama  36101

_____
Ben E. Bruner