MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:    October 10, 2006                3:35

DATE COMPLETED:    October 10, 2006                3:50


UNITED STATES OF AMERICA              *

vs                                    *        2:06cr135-WKW

Undrea McCall                         *

---

GOVERNMENT              <u>APPEARANCES:</u>                  DEFENDANT
                                      *
Kent Brunson                          *        Ben Bruner
                                      *
                                      *

---

<u>COURT OFFICIALS PRESENT:</u>

Joyce Taylor, Courtroom Deputy

---

<u>PROCEEDINGS:</u>
MOTION TO WITHDRAW AS COUNSEL (DOC #21)

| | |
|---|---|
| 3:35 p.m. | Court convenes. |
| | Court's statements regarding Mr. Bruner's motion to withdraw. |
| | Governments statements regarding plea agreement.  Government states that missing from plea agreement previously offered to defendant was statement regarding one point for substantial assistance.  Mr. McCall states that this would possible change his mind about entering a plea. |
| 3:38 p.m. | Government dismissed from hearing. |
| 3:39 p.m. | Court's statements regarding getting new counsel. |
| 3:41 p.m. | Mr. McCall's statements to the court regarding counsel. |
| | Mr. Bruner's statements to the court regarding counsel. |
| 3:43 p.m. | Court's discussions regarding discovery Mr. McCall wanted in this case. |
| 3:44 p.m. | Mr. McCall's further statements regarding plea and that the would like to go ahead and change his plea. |
| 3:45 p.m. | Mr. Bruner's statements that he would like additional time to go over plea agreement with defendant. |
| 3:46 p.m. | Government returns to courtroom. |
| | Court's discussions with Mr. Brunson regarding getting amended plea agreement. |
| 3:47 p.m. | Mr. Brunson's statements regarding additions to plea agreement. |
| 3:48 p.m. | Court to give counsel time to go over plea agreement and add additional wording. |
| 3:50 p.m. | Court recessed until change of plea. |