| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: October 10, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 4:00 - 4:25** |
| | **COURT REPORTER: Mitchell Reisner** |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr135-WKW  **DEFENDANT NAME:** Undrea McCall
**AUSA:** Kent Brunson  **DEFENDANT ATTORNEY:** Ben Bruner

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ Not Guilty
√ Guilty as to:
  √ Count(s):  1 & 2
  √ Count(s):  3 - 11    ☐ dismissed on oral motion of USA
            √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 2 of the Indictment
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ☐ Trial on _____; or ☐ Sentencing on _____

Defendant's **ORAL MOTION** to withdraw motion to withdraw as counsel.
Court's **ORAL ORDER** granting motion to withdraw motion to withdraw as counsel.