IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-135-WKW |
| | ) | |
| UNDREA MCCALL | ) | |

## **ORDER**

It is ORDERED that the sentencing in this matter, previously scheduled for January 22, 2007, is continued generally.

DONE this 19th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE