IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 06 135s WKW |
| ) | |
| UNDREA MCCALL ) | |

RECEIVED
2007 JAN 23 A 10: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### SECOND MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned and moves to withdraw as counsel. As grounds therfor, counsel states the following:

1. Mr. McCall has lost confidence in current counsel and wishes to be appointed new counsel.

2. At this point in time the undersigned believes that such a conflict exist with Mr. McCall that it would be in the best interests of the undersigned, Mr. McCall, the Court and in the interests of justice for new counsel to be appointed.

WHEREFOR, the undersigned respectfully requests that he be allowed to withdraw as counsel for the defendant in this cause.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for the Defendant
P.O. Box 231419
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463
ben@brunerabogado.com

### CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 23 day of January, 2007.

Kent Brunson, Esq.
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner