AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| UNDREA MCCALL | CASE NUMBER: 2:06cr135-MHT |

**TYPE OF CASE:**

☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

**TYPE OF PROCEEDING**

MOTION HEARING re [29] MOTION TO WITHDRAW AS COUNSEL

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex    2FMJ One Church Street Montgomery, AL 36104 | 1/25/07 @ 10:00 AM | **RESET TO** 1/25/07 @ 9:00 AM |

*Debra P. Hackett*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/24/07

DATE

(BY) DEPUTY CLERK