# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 25, 2007            AT  9:08  A.M./P.M.

DATE COMPLETED  January 25, 2007            AT  9:18  A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06cr135-MHT
        VS.

UNDREA MCCALL

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     MOTION HEARING re [29] MOTION TO WITHDRAW AS
                           ATTORNEY

| | |
|---|---|
| 9:08 a.m. | Motion hearing commenced regarding [29] Motion to Withdraw as Attorney. Atty Bruner's statements regarding his relationship with client. |
| 9:12 a.m. | AUSA Brunson excused. Atty Bruner and Defendant McCall's statements regarding conflicts as stated on the record. Court directs Atty Bruner to include any objections his client has to the PSR. |
| 9:16 a.m. | AUSA Brunson returns to hearing. Court directs filing of supplemental PSR with additional objections. Order to issue denying Motion to Withdraw as Attorney. |
| 9:18 a.m. | Hearing concluded. |