IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-135-WKW |
| | ) | |
| UNDREA MCCALL | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a one (1) level downward departure in Mr. McCall's total offense level. This request is based upon the following:

1) Mr. McCall has provided federal law enforcement officials with detailed information concerning criminal activities in several ongoing criminal investigations in Alabama.

2) As a result of Mr. McCall's timely plea of guilty and the usefulness of his truthful and significant assistance to law enforcement personnel, significant progress has been made in the investigation and prosecution of illegal activity within Alabama and the government has been able to utilize its resources effectively.

WHEREFORE, for all the reasons set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a one (1) level reduction in his total offense level.

Respectfully submitted this the 26th day of January, 2007.

>LEURA GARRETT CANARY
>UNITED STATES ATTORNEY
>
>/s/ Kent B. Brunson
>KENT B. BRUNSON
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104
>Telephone: (334) 223-7280
>Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-135-WKW |
| | ) | |
| UNDREA MCCALL | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record

    Respectfully submitted,
    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135