IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr135-MHT |
| UNDREA McCALL | ) | |

### ORDER

Based upon the representations made to the court on January 25, 2007, it is ORDERED that the motion to withdraw as counsel (doc. no. 29) is denied.

DONE, this the 26th day of January, 2007.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE