# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 31, 2007            AT  3:25   A.M./P.M.

DATE COMPLETED   January 31, 2007            AT  3:53   A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:06cr135-MHT
        VS.

UNDREA MCCALL

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X<br>X<br>X<br>X<br>X | Atty Ben E. Bruner |

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | Tashwanda Pinchback,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

3:25 p.m.                    Sentencing hearing commenced. Terms of plea
                             agreement stated on the record. Probation
                             concurs with plea agreement. Court accepts
                             plea agreement. Defendant's first objection
                             to PSR paragraph 6 as stated on the record.
                             Court sustains objection and that the record
                             should reflect that the defendant self-
                             surrendered then was arrested as stated on
                             the record. Defendant's objections to PSR
                             paragraphs seven, eight, nine and eleven as
                             stated on the record. Court overrules
                             defendant's objections to PSR paragraphs
                             seven, eight, nine and eleven as stated on
                             the record. Sentence imposed; **ORAL ORDER**
                             during sentence imposition granting Motion
                             for Downward Departure. Government's **ORAL
                             MOTION** to Dismiss Counts 3-11 of the
                             Indictment. **ORAL ORDER** granting Oral Motion
                             to Dismiss

page 2
2:06cr135-MHT
USA v McCall

3:53 p.m.                         Hearing concluded.